Opinion issued April 24, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00079-CV






THOMAS BENNETT, EXECUTOR OF THE ESTATE OF MYRTLE
BENNETT, DECEASED, Appellant


V.


ARCHIE SEALS, INDEPENDENT EXECUTOR OF THE ESTATE OF
JULIA MAE WARNER, DECEASED, Appellee






On Appeal from the County Court

Austin County, Texas

Trial Court Cause No. 07PR8934






MEMORANDUM OPINION Appellant, Thomas Bennett, Executor of the Estate of Myrtle Bennett,
Deceased, has neither established indigence, nor paid or made arrangements to pay
the clerk's fee for preparing the clerk's record. See Tex. R. App. P. 20.1 (listing
requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no
clerk's record filed due to appellant's fault). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(c) (allowing involuntary dismissal of case).

 We dismiss the appeal for want of prosecution for failure to pay or make
arrangements to pay the clerk's fee. We deny all pending motions.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.